UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SOLOMON DACOSTA,

Petitioner,

v.   CAUSE NO. 3:26-CV-264-DRL-SJF

BRIAN ENGLISH, et al,

Respondents.

ORDER

Immigration detainee Solomon Dacosta, a litigant without counsel, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging he is unlawfully confined in violation of the laws or Constitution of the United States. (ECF 1.) The docket reflects that he has not paid the $5.00 filing fee or moved for leave to proceed in forma pauperis. He must take one of these two steps for the case to proceed. The clerk has sent him the form to use if he wishes to seek in forma pauperis status.

For these reasons, the court:

(1) GRANTS the plaintiff until **March 23, 2026,** to either pay the $5.00 filing fee or file a motion for leave to proceed in forma pauperis; and

(2) CAUTIONS him that if he does not respond by the deadline, this case may be dismissed without further notice for failure to prosecute.

SO ORDERED on March 2, 2026.

s/ Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge