UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SOLOMON DACOSTA,

Petitioner,

v.                                                                        CAUSE NO. 3:26cv264 DRL-SJF

BRIAN ENGLISH,

Respondent.

ORDER

The court conditionally ordered the respondent to release Solomon Dacosta if he remained detained without a custody redetermination hearing before an immigration judge by May 8, 2026. The respondent has notified the court that Mr. Dacosta appeared before an immigration judge for a custody redetermination hearing on April 28, 2026. Therefore, the court DIRECTS the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED.

May 11, 2026                                              s/ Damon R. Leichty
                                                                  Judge, United States District Court